# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 620 |
| | : | |
| ORDER  AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 1910.16-6 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| CIVIL PROCEDURE | : | |
| | : | |

## AMENDED ORDER

**PER CURIAM**

**AND NOW**, this 12th day of March, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 44 Pa.B. 4340 (July 12, 2014):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1910.16-6 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days on April 11, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.